Case 3:05-cv-01620-B-JMA   Document 1   Filed 08/16/05   Page 1 of 10

USDC SCAN INDEX SHEET










SWD    8/16/05    10:55
3:05-CV-01620   DJ ORTHOPEDICS LLC V. GENERATION II
*1*
*CMP.*

**ORIGINAL**

1 | Steven J. Nataupsky (State Bar No. 155,913)
  | Joseph M. Reisman ( State Bar No. 196,122)
2 | Scott Loras Murray (State Bar No. 211,410)
  | KNOBBE, MARTENS, OLSON & BEAR, LLP
3 | 2040 Main Street, Fourteenth Floor
  | Irvine, CA 92614
4 | Phone No. - (949) 760-0404
  | Fax No. - (949) 760-9502
5 |
  | Attorneys for Plaintiff
6 | DJ ORTHOPEDICS, LLC

FILED
05 AUG 16 AM 10:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJ ORTHOPEDICS, LLC, a Delaware limited liability company, | Civil Action No. |
| Plaintiff, | 05 CV 1620 BEN (JMA) |
| v. | COMPLAINT FOR PATENT INFRINGEMENT |
| GENERATION II ORTHOTICS, INC, a Canadian corporation, | DEMAND FOR JURY TRIAL |
| Defendant. | |

Plaintiff dj Orthopedics, LLC ("DJ") hereby complains of Defendant Generation II Orthotics, Inc. ("GII" or "Defendant"), and alleges as follows:

### JURISDICTION AND VENUE

1. This action arises under the Patent Laws of the United States, Title 35 of the United States Code.

2. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

3. Venue is proper in this Judicial District under 28 U.S.C. §§ 1391 and 1400(b).

### THE PARTIES

4. Plaintiff DJ is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business in this District at 2985 Scott Street, Vista, California 92081.

5. DJ is informed and believes, and thereon alleges, that Defendant GII is a corporation organized and existing under the laws of British Columbia, Canada, having a place of business at 12111 Jacobson Way, Vancouver, British Columbia V6W 1L5, Canada.

6. DJ is informed and believes, and thereon alleges, that Defendant GII conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

### ALLEGATIONS FOR ALL CLAIMS FOR RELIEF

7. On September 23, 2003, the PTO duly and lawfully issued U.S. Patent No. 6,623,439 entitled "Contoured Knee

1  Brace Frame" (the "'439 patent"). DJ is the owner by
2  assignment of the '439 patent.

3      8.    On September 23, 2003, DJ filed U.S. patent
4  application Serial No. 10/669,136 (the "'136 application"),
5  which was a continuation of the '439 patent. On October 14,
6  2004, the PTO published the '136 application as U.S. Patent
7  Application Publication No. US 2004/0204667 A2 (the "'136
8  publication"). On November 18, 2004 DJ provided a copy of the
9  '136 publication to Defendant.

10      9.    On April 12, 2005, the PTO duly and lawfully
11  issued U.S. Patent No. 6,878,126 entitled "Contoured Knee
12  Brace Frame" (the "'126 patent"). The '126 patent matured
13  from the '136 application. DJ is the owner by assignment of
14  the '126 patent. Claims 1-12 from the '126 patent are
15  substantially identical to Claims 1-12 from the '136
16  publication, of which Defendant had actual notice.

17      10.    Knee braces sold by Defendant are covered by the
18  '439 patent and/or the '126 patent.

19      11.    DJ is informed and believes, and thereon
20  alleges, that Defendant, through its agents, employees and
21  servants, has infringed DJ's patent rights through Defendant's
22  making, using, selling, importing and/or offering to sell knee
23  braces. Furthermore, this infringement has been willful,
24  Defendant having received actual notice of DJ's patent rights.
25
26  / / /
27  / / /
28  / / /

## FIRST CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 6,623,439)

12. DJ repeats, realleges, and incorporates by reference the allegations set forth in paragraphs 1 through 11 of this Complaint.

13. This is a claim for patent infringement and arises under the Patent Laws of the United States, Title 35 of the United States Code.

14. DJ is informed and believes, and thereon alleges, that Defendant, through its agents, employees and servants, has been and is currently infringing the '439 patent by making, using, selling, importing and/or offering to sell knee braces covered by at least one claim of the '439 patent. Defendant's acts constitute infringement of the '439 patent in violation of 35 U.S.C. § 271(a).

15. DJ is informed and believes, and thereon alleges, that Defendant's infringement will continue unless enjoined by this Court.

16. DJ is informed and believes, and thereon alleges, that Defendant has derived and received, and will continue to derive and receive, gains, profits and advantages from the aforesaid acts of infringement in an amount that is not presently known to DJ. By reason of the aforesaid infringing acts, DJ has been damaged and is entitled to monetary relief in an amount to be determined at trial.

17. Because of the aforesaid infringing acts, DJ has suffered and continues to suffer great and irreparable injury, for which DJ has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

(Infringement of U.S. Patent No. 6,878,126)

18.   DJ repeats, realleges, and incorporates by reference the allegations set forth in paragraphs 1 through 17 of this Complaint.

19.   This is a claim for patent infringement and arises under the Patent Laws of the United States, Title 35 of the United States Code.

20.   DJ is informed and believes, and thereon alleges, that Defendant, through its agents, employees and servants, has been and is currently infringing the '126 patent by making, using, selling, importing and/or offering to sell knee braces covered by at least one claim of the '126 patent. Defendant's acts constitute infringement of the '126 patent in violation of 35 U.S.C. § 271(a).

21.   DJ is informed and believes, and thereon alleges, that Defendant's infringement will continue unless enjoined by this Court.

22.   DJ is informed and believes, and thereon alleges, that Defendant has derived and received, and will continue to derive and receive, gains, profits and advantages from the aforesaid acts of infringement in an amount that is not presently known to DJ. By reason of the aforesaid infringing acts, DJ has been damaged and is entitled to monetary relief in an amount to be determined at trial.

23.   Because of the aforesaid infringing acts, DJ has suffered and continues to suffer great and irreparable injury, for which DJ has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, DJ prays for judgment in its favor against Defendant for the following relief:

A.   An Order adjudging Defendant to have willfully infringed the '439 patent and/or the '126 patent under 35 U.S.C. § 271;

B.   A preliminary and permanent injunction enjoining Defendant, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Defendant, from directly or indirectly infringing the '439 patent and/or the '126 patent in violation of 35 U.S.C. § 271;

C.   That Defendant account for all gains, profits, and advantages derived by Defendant's infringement of the '439 patent in violation of 35 U.S.C. § 271, and that Defendant pay to DJ all damages suffered by DJ since at least September 23, 2003, pursuant to 35 U.S.C. § 284;

D.   That Defendant account for all gains, profits, and advantages derived by Defendant's infringement of the '126 patent in violation of 35 U.S.C. § 271, and that Defendant pay to DJ all damages suffered by DJ since at least November 18, 2004, pursuant to 35 U.S.C. §§ 154(d) and/or 284;

E.   An Order for a trebling of damages and/or exemplary damages because of Defendant's willful conduct pursuant to 35 U.S.C. § 284;

/ / /

/ / /

/ / /

1  F.  An Order adjudging that this is an exceptional case;

2  G.  An award to DJ of the attorneys' fees and costs incurred in connection with this action pursuant to 35 U.S.C. § 285;

H.  An award of pre-judgment and post-judgment interest and costs of this action against Defendant; and

I.  Such other and further relief as this Court may deem just.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 16, 2005     By: _____
Steven J. Nataupsky
Joseph M. Reisman
Scott Loras Murray
Attorneys for Plaintiff

**DEMAND FOR TRIAL BY JURY**

dj Orthopedics, LLC hereby demands a trial by jury on all issues so triable.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 16, 2005        By: _____
                              Steven J. Nataupsky
                              Joseph M. Reisman
                              Scott Loras Murray
                              Attorneys for Plaintiff

1817579:sw
081105

-7-                                                  Complaint

JS 44
(Rev. 07/89)

# CIVIL ORIGINAL SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| DJ ORTHOPEDICS, LLC, a Delaware limited liability company, FILED | GENERATION II ORTHOTICS, INC., a Canadian corporation. |

05 AUG 16 AM 10:30

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

05 CV 1620 BEN (JMA)
BY: _____ DEPUTY

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Knobbe Martens Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
949-760-0404

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This action arises under the Patent Laws of the United States, Title 35 of the United States Code. 35:0145

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 330 Federal Employers' Liability | | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | [X] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 690 Other | SOCIAL SECURITY | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | LABOR | [ ] 861 HIA (13958) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | | | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | HABEAS CORPUS: | [ ] 740 Railway Labor Act | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | [ ] 890 Other Statutory Actions |
| | | [ ] 555 Prison Conditions | | | |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ Docket Number _____

DATE: August 16, 2005
SIGNATURE OF ATTORNEY OF RECORD: Joseph M. Reisman

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

1163258 $250.00