UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJ ORTHOPEDICS, LLC, | Case No. 05-CV-1620-B (JMA) |
| Plaintiff, | **ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| GENERATION II ORTHOTICS, INC., | |
| Defendant. | |

At the request of counsel, the Settlement Disposition Conference, currently scheduled to be held on January 12, 2007 at 3:00 p.m., is VACATED.  Instead, a Settlement Disposition Conference will be held on **January 29, 2007** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless the parties file a joint motion for dismissal and submit a proposed order for dismissal of the action directly to Judge Brewster's chambers prior to that date.

**IT IS SO ORDERED.**

DATED:  January 8, 2007

Jan M. Adler
U.S. Magistrate Judge

05cv1620B(JMA)