LATHAM & WATKINS LLP
  Mark A. Finkelstein (Bar No. 173851)
  Jordan B. Kushner (Bar No. 229477)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
mark.finkelstein@lw.com
jordan.kushner@lw.com

Attorneys for Plaintiff and Counterclaim-Defendant
DJ ORTHOPEDICS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| DJ ORTHOPEDICS, LLC, a Delaware limited liability company,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>GENERATION II ORTHOTICS, INC., a Canadian corporation,<br><br>    Defendant and Counterclaimant.| CASE NO. 05 CV 1620 B (JMA)<br><br>**ALL PARTIES' JOINT MOTION FOR DISMISSAL**<br><br>**Oral Argument Not Required** |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant dj Orthopedics, LLC ("dj Ortho") and Defendant and Counterclaimant Generation II Orthotics, Inc. ("Gen II") hereby jointly move the court to dismiss this action, including all claims and counterclaims asserted therein, with prejudice.

An action may be dismissed at any time by filing a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1).[1] The stipulation may provide for a dismissal with or without prejudice. *Id.*

This is a patent infringement dispute relating to knee braces. dj Ortho asserts two patents—U.S. Patent Nos. 6,623,439 (the "'439 Patent") and 6,878,126 (the "'126 Patent") (collectively "Patents-in-Suit"). dj Ortho filed its Complaint in August 2005. Gen II filed its Answer and Counterclaim in April 2006. Since that time, the parties have negotiated settlement and license agreements that resolve all disputes out of which their claims and counterclaims arise. Pursuant to the terms of those agreements, the parties have agreed to dismiss all claims and counterclaims with prejudice. The parties agree further that each party shall bear its own costs and attorneys' fees incurred to date in this lawsuit.

Accordingly, the parties jointly and respectfully request that the Court enter the [Proposed] Order, filed concurrently herewith, dismissing this action in its entirety, with prejudice.

Dated: January 16, 2007

LATHAM & WATKINS

By: *[signature]*
Mark A. Finkelstein
Attorneys for Plaintiff and Counterclaim-Defendant DJ ORTHOPEDICS, LLC

---

[1] Counsel have been informed by the Clerk of the Court that their joint request for a dismissal must be in the form of a Joint Motion for Dismissal. The requirements of Rule 41(a)(1) have otherwise been met.

| | | |
|---|---|---|
| 1 | Dated: January 16, 2007 | HOWREY LLP |

By _____
Duane H. Mathiowetz
Attorneys for Defendant and Counterclaimant
GENERATION II ORTHOTICS, INC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 05 CV 1620 B (JMA)
2  JOINT MOTION FOR DISMISSAL