LATHAM & WATKINS LLP
   Mark A. Finkelstein (Bar No. 173851)
   Jordan B. Kushner (Bar No. 229477)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
mark.finkelstein@lw.com
jordan.kushner@lw.com

Attorneys for Plaintiff and Counterclaim-Defendant
DJ ORTHOPEDICS, LLC

FILED
2007 JAN 18 PM 2:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| DJ ORTHOPEDICS, LLC, a Delaware limited liability company,<br><br>              Plaintiff and Counterclaim-Defendant,<br><br>     v.<br><br>GENERATION II ORTHOTICS, INC., a Canadian corporation,<br><br>              Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 05 CV 1620 B (JMA)<br><br>**ORDER GRANTING ALL PARTIES' JOINT MOTION FOR DISMISSAL** |

1  After considering the Joint Motion for Dismissal, filed by Plaintiff and
2  Counterclaim-Defendant dj Orthopedics, LLC ("dj Ortho") and Defendant and Counterclaimant
3  Generation II Orthotics, Inc. ("Gen II"), the Court hereby GRANTS the motion, and ORDERS
4  that:
5  This entire action, including all claims and counterclaims, is hereby dismissed
6  with prejudice. The parties shall bear their own attorneys' fees and costs incurred to date in this
7  lawsuit.
8
9  IT IS SO ORDERED.
10
11 Dated: 1-18-07                                   _____
                                                    Hon. Rudi M. Brewster
12                                                  United States District Court Judge
13
14 Presented By:

15 LATHAM & WATKINS LLP

16 By_____
   Mark A. Finkelstein
17 Attorneys for Plaintiff and Counterclaim-Defendant
   DJ ORTHOPEDICS, LLC
18
19

20 HOWREY LLP

21
   By_____
22 Duane H. Mathiowetz
   Attorneys for Defendant and Counterclaimant
23 GENERATION II ORTHOTICS, INC.
24
25
26
27
28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

                                                    CASE NO. 05 CV 1620 B (JMA)
                                                  1 [PROPOSED] ORDER GRANGING JOINT MOTION
                                                    FOR DISMISSAL